KATHRYN KENEALLY
Assistant Attorney General
U.S. Department of Justice, Tax Division

ADAM D. STRAIT
Mass. BBO No. 670484
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

S. AMANDA MARSHALL
United States Attorney, District of Oregon
*Of counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 13-225-HU |
| Plaintiff, | |
| v. | ORDER DISMISSING BO LOHASAWAT KLINE PURSUANT TO SETTLEMENT AGREEMENT |
| BO LOHASAWAT KLINE, individually and as the personal representative of the estate of STEPHEN E. KLINE, and RICHARD L. ANDERSON, | |
| Defendants. | |

Pursuant to the Stipulation to Dismiss Bo Lohasawat Kline Pursuant to Settlement Agreement and the Settling Parties' settlement agreement, it is hereby **ORDERED:**

1.   The United States' claims against Bo Lohasawat Kline in her personal capacity; against Bo Lohasawat Kline in her capacity as representative of the Estate of Stephen E. Kline; and against the Estate of Stephen E. Kline are hereby dismissed with prejudice, except that if Ms. Kline breaches the settlement agreement, the United States may move to vacate this Order.  This Order will be vacated upon a showing by a preponderance of the evidence that Ms. Kline breached the settlement agreement.

2.   The Court finds, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay entry or effect of this Order.

3.   The Court retains jurisdiction to enforce the settlement agreement, including by vacating this Order.

**IT IS SO ORDERED.**

Dated this _____11th____day of _____July_____, 2013.

/s/ Dennis J. Hubel
_____
HON. MAGISTRATE JUDGE HUBEL
U.S. District Court, District of Oregon

Order Dismissing Kline Pursuant to Settlement Agreement
Page 2 of 3

Respectfully submitted this *2d* day of July, 2013.


KATHRYN KENEALLY
Assistant Attorney General
U.S. Dept. of Justice, Tax Division


ADAM D. STRAIT (Mass. BBO No.
670484)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

S. AMANDA MARSHALL
United States Attorney
District of Oregon
*Of counsel*
Attorneys for the United States


LEONARD D. DUBOFF
OSB No. 774378
Admitted pro hac vice Sept. 20, 2012
THE DUBOFF LAW GROUP, LLC
6665 SW Hampton Street, Suite 200
Portland, Oregon 97723-8357
Telephone: (503) 968-8111
lduboff@dubofflaw.com

Of Attorneys for Bo Lohasawat Kline


Order Dismissing Kline Pursuant to Settlement Agreement
Page 3 of 3